# EXHIBIT C





EW 128

EW 131

EW 135

EW 136 (Size 6)

EW 138 (Size 6½)

EW 143 (Size 6)

EW 144 (Size 7)

EW 145 (Size 6½)

EW 146 (Size 5¼)

EW 148 (Size 6)

EW 973 - 989 (Size 4)

EW 998 - 1010 (Size 5)

EW 1023 - 1045 (Size 6)

EW 1048 - 1065 (Size 7)

EW 1092 - 1110 (Size 6)

EW 1131 - 1151 (Size 5)

EW 1152 - 1172 (Size 6)

EW 1174 - 1194 (Size 7)

EW 1195 - 1211 (Size 5)

EW 1214 - 1230 (Size 6)

EW 1233 - 1248 (Size 7)



EW 1253 - 1289 (Size 5,6&7)    EW 1316 - 1322 (Size 7)    EW 1327 - 1333 (Size 5)

EW 1336 - 1342 (Size 6)    EW 1345 - 1351 (Size 7)    EW 1371 - 1375 (Size 6)

EW 1416 - 1428 (Size 6)    EW 1441 - 1442 (Size 5¾)    EW 1443 - 1446 (Size 6)

EW 1447 - 1449 (Size 6½)    EW 1462 - 1465 (Size 7)    EW 1473 - 1479 (Size 6½)

EW 1486 - 1491 (Size 8)    EW 1510 - 1515 (Size 8)    EW 1516 - 1539 (Size 8)

EW 1540 - 1542 (Size 5)    EW 1543 - 1546 (Size 6)    EW 1547 - 1549 (Size 7)

EW 1550 - 1552 (Size 5)    EW 1553 - 1555 (Size 6)    EW 1556 - 1558 (Size 7)



EW 1559 (Size 5)        EW 1560 - 1561 (Size 6&6½)        EW 1562 (Size 7)

Items 1 to 60 of 187 total        Page: 1 2 3 4 ▶        Show  60 ▼  per page

View as: **Grid**  List        Sort by  Name ▼  ↑



TO REDUCE YOUR INVENTORY COSTS
JR CASTINGS INTRODUCING     SmartLine
zircon collection           $25*
PER PIECE

◆ **TECHNICAL INFO**

📖 **HOW TO ORDER** 💍
» JEWELRY DICTONARY

**GOLD & PLATINUM PRICES**

★ **MARKETING**

» OUR CATALOGS
» OUR FLYERS & BROCHURES

■ **FORMS**

» CREDIT APPLICATION FORMS
» FAX ORDER FORMS



**NEED ASSISTANCE?**
Please call our customer service
**1 855 997 9701**

© 2014 JR Castings & Findings Inc. All Rights Reserved.
43 West 47th Street New York, NY 10036
Tel: **212 997 4343**  Fax: **212 997 9701**


Find us on
**Facebook**


Member of
JBT


Made in the U.S.A

Designed by Ovunc Cetmen
www.ovunc.com



# JR Castings

My Account    My Cart    Checkout    Log In

Product Search...

ABOUT US    PRODUCTS    ORDER FORMS    COMPANY POLICIES    SPECIAL SERVICES    CONTACT US    NEW styles

         

| FINDINGS COLLECTION | SOLITAIRES COLLECTION | BRIDAL & ENGAGEMENT COLLECTION | THREE STONES COLLECTION | BRIDAL & ETERNITY BANDS | FANCY & COLOR COLLECTION | WEDDING BAND SETS | WEDDING BANDS COLLECTION | EARRINGS NECKLACES & BRACELETS | MEN'S COLLECTION |

HOME >   PRODUCTS >   BRIDAL & ETERNITY BANDS   > Eternity Bands   > Round Stone

**FINDINGS**
**SOLITAIRES**
**BRIDAL SETS**
**ENGAGEMENT RINGS**
**THREE STONES**
**BRIDAL & ETERNITY BANDS**
   VIEW ALL Bridal & Eternity Bands
   Bridal Bands
     Round Stone
     Princess Cut
     Oval
     Emerald
     Combination
     Marquise
     Baguette Cut
     Tapper Cut
     Pear Shape
   Eternity Bands
     Round Stone
     Oval
     Princess Cut
     Emerald
     Marquise
     Baguette Cut
     Pear Shape
     Combination
**FANCY & COLOR STONE RINGS**
**WEDDING BAND SETS**
**EARRINGS, NECKLACES & BRACELETS**
**WEDDING BANDS**
**MEN'S COLLECTION**

## Round Stone

Items 61 to 120 of 187 total

Page: ◄ 1 2 3 4 ►

Show 60 ▾ per page

View as: **Grid** List

Sort by Name ▾ ↑



**My List**

You have no items in your shopping cart.

**Compare Products**

You have no items to compare.

**Newsletter**

Sign up for our newsletter:

SUBSCRIBE



**EW 1563 (Size 8)**



**EW 1564 - 1568 (Size 5,6,6½,7&8)**



**EW 1569 - 1572 (Size 5½,6¼,7½&8½)**



**EW 1573 - 1577 (Size 5,6,7,8&9)**



**EW 1580 (Size 7)**



**EW 1593 - 1594 (Size 7)**



**EW 1597 - 1598 (Size 7)**



**EW 1601 - 1605 (Size 6½)**



**EW 1646 - 1650 (Size 4,5,6,7&8)**



**EW 1651 - 1653 (Size 5½,6½&7½)**



**EW 1660 - 1662 (Size 7)**



**EW 1663 - 1665**



**JR Castings**
CUSTOM DESIGNED JEWELRY

Only the best creations through your imagination.



**JR Castings**
NEW STYLES

See our new styles.



EW 1693 - 1697 (Size 8)    EW 1716 - 1721 (Size 8)    EW 1734 - 1745 (Size 7&8)

EW 1747 - 1757 (Size 5)    EW 1764 - 1780 (Size 6)    EW 1840 - 1857 (Size 8)

EW 1876 - 1881 (Size 8)    EW 1891 - 1893 (Size 6)    EW 1909 (Size 6)

EW 1958 (Size 9½)    EW 1959 - 1982 (Size 6&8)    EW 1983 - 1993 (Size 5&7)

EW 1996 - 2046 (Size 5,6&7)    EW 2097 - 2103 (Size 6½)    EW 2124 - 2130 (Size 6½)

EW 2154 - 2186 (Size 5½,7&9½)    EW 2193 - 2198 (Size 6)    EW 2214 - 2222 (Size 6)

EW 2241 - 2249 (Size 6)    EW 2327 - 2366 (Size 5,6,7&8)    EW 2451 - 2471 (Size 5,6,7&8)



EW 2475 - 2477 (Size 5,6&7)

EW 2478 - 2508 (Size 6,7,7½,8&8½)

EW 2591 - 2599 (Size 6)

EW 2628 - 2645 (Size 5,6&7)

EW 2698 - 2715 (Size 5,6&7)

EW 2724 - 2745 (Size 6&7)

EW 2726 - 2730 (Size 6)

EW 2766 - 2770 (Size 6½&8¼)

EW 2775 - 2792 (Size 6&7)

EW 2793 - 2797 (Size 6)

EW 2798 - 2810 (Size 6)

EW 2827 (Size 6)

EW 2828

EW 2847 - 2854 (Size6)

EW 2874 - 2877

EW 2878 - 2887 (Size 6)

EW 2888 - 2897 (Size 7)

EW 2899

EW 2901 - 2907

EW 2908 - 2910 (Size 5,6&7)

EW 2911 - 2917 (Size 6&6½)



**EW 2918 - 2920 (Size 5,6&7)**     **EW 2921**     **EW 2922 - 2939 (Size 5)**

**EW 2940 - 2957 (Size6)**     **EW 2958 - 2975 (Size7)**     **EW 2976 - 2987 (Size 6&7)**

Items 61 to 120 of 187 total          Page: ◄1 2 3 4 ►          Show [ 60 ▼ ] per page

View as: **Grid**  List                                    Sort by [ Name      ▼ ]   ↑



💎 **TECHNICAL INFO**          ★ **MARKETING**               📋 **FORMS**

📖 **HOW TO ORDER** 🖐🛒        » OUR CATALOGS               » CREDIT APPLICATION FORMS
» JEWELRY DICTONARY            » OUR FLYERS & BROCHURES      » FAX ORDER FORMS

 GOLD & PLATINUM PRICES 

  

**NEED ASSISTANCE?**
Please call our customer service
**1 855 997 9701**

© 2014 JR Castings & Findings Inc. All Rights Reserved.
43 West 47th Street New York, NY 10036
Tel: **212 997 4343**  Fax: **212 997 9701**

Find us on **Facebook**     Member of **JBT**     Made in the U.S.A.     

Designed by Ovunc Cetmen
www.ovunc.com



# JR Castings

My Account    My Cart    Checkout    Log In

Product Search...

ABOUT US    PRODUCTS    ORDER FORMS    COMPANY POLICIES    SPECIAL SERVICES    CONTACT US    NEW styles

FINDINGS COLLECTION | SOLITAIRES COLLECTION | BRIDAL & ENGAGEMENT COLLECTION | THREE STONES COLLECTION | BRIDAL & ETERNITY BANDS | FANCY & COLOR COLLECTION | WEDDING BAND SETS | WEDDING BANDS COLLECTION | EARRINGS NECKLACES & BRACELETS | MEN'S COLLECTION

HOME  >  PRODUCTS  >  BRIDAL & ETERNITY BANDS  >  Eternity Bands  >  Round Stone



FINDINGS
SOLITAIRES
BRIDAL SETS
ENGAGEMENT RINGS
THREE STONES
BRIDAL & ETERNITY BANDS
  VIEW ALL Bridal & Eternity Bands
  Bridal Bands
    Round Stone
    Princess Cut
    Oval
    Emerald
    Combination
    Marquise
    Baguette Cut
    Tapper Cut
    Pear Shape
  Eternity Bands
    Round Stone
    Oval
    Princess Cut
    Emerald
    Marquise
    Baguette Cut
    Pear Shape
    Combination
FANCY & COLOR STONE RINGS
WEDDING BAND SETS
EARRINGS, NECKLACES & BRACELETS
WEDDING BANDS
MEN'S COLLECTION

## Round Stone

Items 121 to 180 of 187 total

Page: ◀ 1 2 3 4 ▶

Show 60 ▼ per page

View as: **Grid**  List

Sort by  Name ▼  ↑

EW 2988 - 2990

EW 3001

EW 3008 - 3031 (Size5,6&7)

EW 3032 - 3043 (Size 5,6&7)

EW 3053 (Size 6)

EW 3054

EW 3055

EW 3057

EW 3058

EW 3059 (Size 6¼)

EW 3066 (Size 7¼)

EW 3067

EW 3068 - 3073 (Size 6)

EW 3074 - 3094 (Size 6&7)

EW 3095 (Size 7)

### My List

You have no items in your shopping cart.

### Compare Products

You have no items to compare.

### Newsletter

Sign up for our newsletter:

SUBSCRIBE

JR Castings
CUSTOM DESIGNED JEWELRY
Only the best creations through your imagination.

JR Castings
NEW STYLES
See our new styles.



EW 3096 (Size 6)     EW 3097     EW 3100 (Size 7½)

EW 3106 (Size5¼)     EW 3109 - 3111 (Size5,6&7)     EW 3112 (Size 5)

EW 3114 (Size 6)     EW 3115 (Size 8¾)     EW 3117 (Size 3½)

EW 3118 (Size 5¼)     EW 3119     EW 3120

EW 3121     EW 3126     EW 3127 (Size 6)

EW 3128 (Size6½)     EW 3129 - 3134 (Size 5,6&7)     EW 3135 (Size 7)

EW 3136 (Size 4¾)     EW 3137     EW 3138 (Size 5½)



EW 3139 (Size 5¼)

EW 3140 - 3147 (Size 6&7)

EW 3149

EW 3150 - 3152 (Size 5,6&7)

EW 3153

EW 3154 - 9½

EW 3155 (Size 5)

EW 3156

EW 3158 - 3160 (Size 6)

EW 3163 - 3170 (Size 6&7)

EW 3175 (Size 6)

EW 3177 - 3209 (Size 5,6&7)

EW 3210 (Size 5¼)

EW 3211

EW 3216 (Size 6)

EW 3217

EW 3218

EW 3220

EW 3221 (Size 5¼)

EW 3222 (Size 6)

EW 3223 (Size 7¼)

Case 1:16-cv-04002-PGG  Document 1-4  Filed 05/27/16  Page 13 of 24



**EW 3225 (Size 7)**     **EW 3227 (Size 9½)**     **EW 3228 (Size 6)**

Items 121 to 180 of 187 total     Page: ◂ 1 2 3 4 ▸     Show 60 ▾ per page

View as: **Grid**  List        Sort by  Name ▾   ↑



TO REDUCE YOUR INVENTORY COSTS
JR CASTINGS INTRODUCING
SmartLine zircon collection
$25* PER PIECE

♦ **TECHNICAL INFO**     ★ **MARKETING**     ▣ **FORMS**


» **HOW TO ORDER**   » OUR CATALOGS    » CREDIT APPLICATION FORMS
» JEWELRY DICTONARY    » OUR FLYERS & BROCHURES    » FAX ORDER FORMS

GOLD & PLATINUM PRICES

**NEED ASSISTANCE?**
Please call our customer service
**1 855 997 9701**

© 2014 JR Castings & Findings Inc. All Rights Reserved.
43 West 47th Street New York, NY 10036
Tel: **212 997 4343**  Fax: **212 997 9701**

   

Designed by Ovunc Cetmen
www.ovunc.com



My Account    My Cart    Checkout    Log In

Product Search...

ABOUT US    PRODUCTS    ORDER FORMS    COMPANY POLICIES    SPECIAL SERVICES    CONTACT US    NEW styles

FINDINGS COLLECTION | SOLITAIRES COLLECTION | BRIDAL & ENGAGEMENT COLLECTION | THREE STONES COLLECTION | BRIDAL & ETERNITY BANDS | FANCY & COLOR COLLECTION | WEDDING BAND SETS | WEDDING BANDS COLLECTION | EARRINGS NECKLACES & BRACELETS | MEN'S COLLECTION

HOME  >  PRODUCTS  >  BRIDAL & ETERNITY BANDS  >  Eternity Bands  >  Round Stone

FINDINGS
SOLITAIRES
BRIDAL SETS
ENGAGEMENT RINGS
THREE STONES
BRIDAL & ETERNITY BANDS
  VIEW ALL Bridal & Eternity Bands
  Bridal Bands
    Round Stone
    Princess Cut
    Oval
    Emerald
    Combination
    Marquise
    Baguette Cut
    Tapper Cut
    Pear Shape
  Eternity Bands
    Round Stone
    Oval
    Princess Cut
    Emerald
    Marquise
    Baguette Cut
    Pear Shape
    Combination
FANCY & COLOR STONE RINGS
WEDDING BAND SETS
EARRINGS, NECKLACES & BRACELETS
WEDDING BANDS
MEN'S COLLECTION

## Round Stone

Items 181 to 187 of 187 total

Page: ◀ 1 2 3 4        Show  60 ▼ per page

View as: Grid  List

Sort by  Name ▼   ↑



EW 3229 (Size 6¾)        EW 3230 (Size 5)        EW 3231 - 7

EW 3232 - 3233 (Size 5&6)    EW 3234 - 3235 (Size 6&9½)    EW 3236 - 3237 (Size 6&9½)

EW 3238 (Size 4¾)

Items 181 to 187 of 187 total

Page: ◀ 1 2 3 4        Show  60 ▼ per page

View as: Grid  List

Sort by  Name ▼   ↑

**My List**

You have no items in your shopping cart.

**Compare Products**

You have no items to compare.

**Newsletter**

Sign up for our newsletter:

SUBSCRIBE

JR Castings
CUSTOM DESIGNED JEWELRY
Only the best creations through your imagination.

JR Castings
NEW STYLES
See our new styles.

---

TO REDUCE YOUR INVENTORY COSTS
JR CASTINGS INTRODUCING

SmartLine
zircon collection

$25* PER PIECE

**✎ TECHNICAL INFO**
 HOW TO ORDER
» JEWELRY DICTONARY

**✦ MARKETING**
» OUR CATALOGS
» OUR FLYERS & BROCHURES

**▤ FORMS**
» CREDIT APPLICATION FORMS
» FAX ORDER FORMS

 NEED ASSISTANCE?
Please call our customer service
1 855 997 9701

 GOLD & PLATINUM PRICES





**EW 3104-3105**      **EW 3116 (Size 5¼)**      **EW 3215 (Size 6)**

**18 Item(s)**             Show   [ 60 ▾ ] per page

View as: **Grid**   List             Sort by   [ Name ▾ ]   ↑



TO REDUCE YOUR INVENTORY COSTS
JR CASTINGS INTRODUCING — SmartLine zircon collection — $25* PER PIECE

♦ **TECHNICAL INFO**      ★ **MARKETING**      ▦ **FORMS**

» **HOW TO ORDER**      » OUR CATALOGS      » CREDIT APPLICATION FORMS
» JEWELRY DICTONARY      » OUR FLYERS & BROCHURES      » FAX ORDER FORMS



∿ **GOLD & PLATINUM PRICES**

**NEED ASSISTANCE?**
Please call our customer service
**1 855 997 9701**

© 2014 JR Castings & Findings Inc. All Rights Reserved.
43 West 47th Street New York, NY 10036
Tel: **212 997 4343**   Fax: **212 997 9701**

   

Designed by Ovunc Cetmen
www.ovunc.com



My Account    My Cart    Checkout    Log In

Product Search...

ABOUT US    PRODUCTS    ORDER FORMS    COMPANY POLICIES    SPECIAL SERVICES    CONTACT US    NEW styles

FINDINGS COLLECTION | SOLITAIRES COLLECTION | BRIDAL & ENGAGEMENT COLLECTION | THREE STONES COLLECTION | BRIDAL & ETERNITY BANDS | FANCY & COLOR COLLECTION | WEDDING BAND SETS | WEDDING BANDS COLLECTION | EARRINGS NECKLACES & BRACELETS | MEN'S COLLECTION

HOME > PRODUCTS > BRIDAL & ETERNITY BANDS > Eternity Bands > Emerald

**FINDINGS**
**SOLITAIRES**
**BRIDAL SETS**
**ENGAGEMENT RINGS**
**THREE STONES**
**BRIDAL & ETERNITY BANDS**
   VIEW ALL Bridal & Eternity Bands
   Bridal Bands
     Round Stone
     Princess Cut
     Oval
     Emerald
     Combination
     Marquise
     Baguette Cut
     Tapper Cut
     Pear Shape
   Eternity Bands
     Round Stone
     Oval
     Princess Cut
     Emerald
     Marquise
     Baguette Cut
     Pear Shape
     Combination
**FANCY & COLOR STONE RINGS**
**WEDDING BAND SETS**
**EARRINGS, NECKLACES & BRACELETS**
**WEDDING BANDS**
**MEN'S COLLECTION**

## Emerald

**17 Item(s)**

Show [ 60 ▼ ] per page

View as: **Grid** List

Sort by [ Name ▼ ] ↑



EW 123 (Size 4)     EW 125 (Size 3¾)     EW 133 (Size 6)

EW 142 (Size 7)     EW 1882 - 1884 (Size 7)     EW 2265 - 2274 (Size 6)

EW 2291 - 2298 (Size 6)     EW 2556 - 2561 (Size 6) ✓     EW 2873 (Size 4½)

EW 3044 - 3049 (Size 6&7)     EW 3064 (Size 5½)     EW 3098

EW 3099 (Size 6)     EW 3107     EW 3148 (Size 4½)

**My List**

You have no items in your shopping cart.

**Compare Products**

You have no items to compare.

**Newsletter**

Sign up for our newsletter:

SUBSCRIBE

JR Castings
CUSTOM DESIGNED JEWELRY
Only the best creations through your imagination.

JR Castings
NEW STYLES
See our new styles.



**EW 3157 (Size 4¾)**          **EW 3219**

17 Item(s)                                         Show  60 ▾  per page

View as: **Grid**  List                              Sort by  Name  ▾  ↑



TO REDUCE YOUR INVENTORY COSTS
JR CASTINGS INTRODUCING     SmartLine  zircon collection  $25* PER PIECE

✦ **TECHNICAL INFO**              ★ **MARKETING**              ▤ **FORMS**

▣ **HOW TO ORDER** ⁇🔎          » OUR CATALOGS               » CREDIT APPLICATION FORMS
» JEWELRY DICTONARY              » OUR FLYERS & BROCHURES      » FAX ORDER FORMS

〰 GOLD & PLATINUM PRICES

**NEED ASSISTANCE?**
Please call our customer service
**1 855 997 9701**

© 2014 JR Castings & Findings Inc. All Rights Reserved.
43 West 47th Street New York, NY 10036
Tel: **212 997 4343**   Fax: **212 997 9701**

    

Designed by Ovunc Cetmen
www.ovunc.com







EW 1615 - 1617 (Size 6½&6¾) | EW 1635 - 1638 (Size 6¼&6½) | EW 1643 - 1645 (Size 6½)

EW 1666 - 1670 (Size 5,6,6½,7&8½) | EW 1673 (Size 7) | EW 2761 - 2762

EW 2811 - 2818 (Size 6&7) | EW 2819 - 2826 (Size 6&7) | EW 2991 -2994

EW 2995 - 3000 (Size 6&7) | EW 3052 | EW 3056 (Size 6)

EW 3060 - 3063 (Size 4½,5,6&7) | EW 3156 | EW 3161

EW 3171 - 3174 (Size 5½,6½&7) | EW 3224 (Size 4¾) | EW 3229 (Size 6¾)

33 Item(s)

Show 60 ▼ per page

View as: **Grid** List

Sort by Name ▼ ↑

 TO REDUCE YOUR INVENTORY COSTS JR CASTINGS INTRODUCING SmartLine zircon collection  $25* PER PIECE

◆ TECHNICAL INFO     ★ MARKETING     ■ FORMS



My Account    My Cart    Checkout    Log In

eternity

ABOUT US    PRODUCTS    ORDER FORMS    COMPANY POLICIES    SPECIAL SERVICES    CONTACT US    NEW styles










| FINDINGS COLLECTION | SOLITAIRES COLLECTION | BRIDAL & ENGAGEMENT COLLECTION | THREE STONES COLLECTION | BRIDAL & ETERNITY BANDS | FANCY & COLOR COLLECTION | WEDDING BAND SETS | WEDDING BANDS COLLECTION | EARRINGS NECKLACES & BRACELETS | MEN'S COLLECTION |

HOME > Search results for: 'eternity'

**Shop by**
Shopping Options

**Is product available for purchase with Google Checkout**

No (202)

**Weight**
$0.00 - $1.00 (1)
$1.00 - $2.00 (201)

**Material**
white gold (202)

**Tax Class**
None (202)

**Visibility**
Catalog, Search (202)

**Newsletter**

Sign up for our newsletter:

SUBSCRIBE

## Search results for 'eternity'

Items 1 to 60 of 202 total

View as: **Grid** List

Show [ 60 ▾ ] per page

Sort by [ Relevance ▾ ] ↓



**EW 3220**



**EW 1593 - 1594 (Size 7)**



**EW 1510 - 1515 (Size 8)**



**EW 2154 - 2186 (Size 5½,7&9½)**



**EW 1547 - 1549 (Size 7)**

**EW 2724 - 2745 (Size 6&7)**



**EW 2988 - 2990**



**EW 3057**



**EW 3095 (Size 7)**



**EW 3112 (Size 5)**

**EW 3135 (Size 7)**

**EW 3157 (Size 4¾)**



**EW 3211**



**EW 1550 - 1552 (Size 5)**



**EW 3228 (Size 6)**

**My List**

You have no items in your shopping cart.

**Compare Products**

You have no items to compare.



JR Castings
CUSTOM DESIGNED JEWELRY
Only the best creations through your imagination.



JR Castings
NEW STYLES
See our new styles.



EW 1643 - 1645 (Size 6½)

EW 2307 - 2326 (Size 4,5,6,7&8)

EW 2241 - 2249 (Size 6)

EW 2698 - 2715 (Size 5,6&7)

EW 2874 - 2877

EW 2838 - 2846 (Size 5,6&7)

EW 3067

EW 2828

EW 3120

EW 3140 - 3147 (Size 6&7)

EW 3219

EW 1586 (Size 7)

EW 3238 (Size 4¼)

EW 1615 - 1617 (Size 6½&6¾)

EW 1666 - 1670 (Size 5,6,6½,7&8½)

EW 1556 - 1558 (Size 7)

EW 2726 - 2730 (Size 6)

EW 2921

EW 3055

EW 3099 (Size 6 )

EW 3106 (Size5¼)



EW 3128 (Size6½)   EW 3109 - 3111 (Size5,6&7)   EW 1462 - 1465 (Size 7)

EW 3225 (Size 7)   EW 1608 - 1611 (Size 6¾)   EW 1734 - 1745 (Size 7&8)

EW 2193 - 2198 (Size 6)   EW 2516 - 2531 (Size 5&6)   EW 2756 - 2757 (Size 7)

EW 3032 - 3043 (Size 5,6&7)   EW 3065 (Size 6½)   EW 2798 - 2810 (Size 6)

EW 3115 (Size 8¾)   EW 1996 - 2046 (Size 5,6&7)   EW 3175 (Size 6)

EW 3217   EW 1573 - 1577 (Size 5,6,7,8&9)   EW 3234 - 3235 (Size 6&9½)

EW 1882 - 1884 (Size 7)   EW 2367 - 2402 (Size 5,6&7)   EW 1563 (Size 8)

Search results for: 'eternity'



**EW 2291 - 2298 (Size 6)**      **EW 2908 - 2910 (Size 5,6&7)**      **EW 3053 (Size 6)**

Items 1 to 60 of 202 total          Show [ 60 ▾ ] per page

View as: **Grid**   List          Sort by [ Relevance ▾ ] ↓



TO REDUCE YOUR INVENTORY COSTS
JR CASTINGS INTRODUCING
**SmartLine** zircon collection
**$25*** PER PIECE



♦ **TECHNICAL INFO**
- 🖻 HOW TO ORDER
- » JEWELRY DICTONARY

~~ **GOLD & PLATINUM PRICES**

★ **MARKETING**
- » OUR CATALOGS
- » OUR FLYERS & BROCHURES

▦ **FORMS**
- » CREDIT APPLICATION FORMS
- » FAX ORDER FORMS

**NEED ASSISTANCE?**
Please call our customer service
**1 855 997 9701**

© 2014 JR Castings & Findings Inc. All Rights Reserved.
43 West 47th Street New York, NY 10036
Tel: **212 997 4343**   Fax: **212 997 9701**


Find us on
Facebook


Member of
JBT


Made in the U.S.A



Designed by Ovunc Cetmen
www.ovunc.com